176 So.2d 147

**LOUISIANA STATE MINERAL BOARD**

**v.**

**Shirley E. ALBARADO et al.**

No. 47757.

June 28, 1965.

In re: Ulysses Pierrottie applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 173 So.2d 5.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

176 So.2d 147

**Richard and Eula Lee TURNER**

**v.**

**AETNA CASUALTY & SURETY COMPANY.**

No. 47830.

June 28, 1965.

In re: Richard Turner and Eula Lee Turner applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 175 So.2d 304.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.